# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID ANTHONY LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-11577** |
| **DARREL VANNOY, WARDEN** | **SECTION "A"(2)** |

## O R D E R

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of David Anthony Lee for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __23rd__ day of _____August_____, 2018.

_____
UNITED STATES DISTRICT JUDGE